IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES BERRY,

    Plaintiff,

v.                                                  Case No. 1:12-cv-26-MP-GRJ

PROFESSIONAL BUREAU OF
COLLECTIONS OF MARYLAND
INC., et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court upon Defendants' "Unopposed Motion to Extend Discovery Deadline to October 15, 2012" and Defendants' "Unopposed Motion for an Extension of Time to Respond to Plaintiff's Motion to Compel Better Answers to Discovery." (Docs. 20, 21.) Defendants request that the Court extend the discovery deadline to October 15, 2012 for the purpose of taking the deposition of Defendant Professional Bureau of Collections' corporate representative. Defendants also request an additional two weeks to respond to Plaintiff's motion to compel, to allow Defendants' counsel additional time to meet with his clients. Defendants' counsel represents that he has conferred with Plaintiff's counsel, and that Plaintiff has no objection to the requested extensions.

Upon due consideration, it is **ORDERED**:

(1)     Defendants' "Unopposed Motion to Extend Discovery Deadline to October 15, 2012" (Doc. 20) is **GRANTED.**

(2)     The discovery deadline is extended to October 15, 2012 to facilitate the taking of the deposition of Defendant Professional Bureau of Collections' corporate representative.

(3)   Defendants' "Unopposed Motion for an Extension of Time to Respond to Plaintiff's Motion to Compel Better Answers to Discovery" (Doc. 21) is **GRANTED**.

(4)   Defendants must file a response to Plaintiff's motion to compel **on or before September 19, 2012**.

(5)   All other deadlines in this case will remain the same.

**DONE AND ORDERED** this 29th day of August, 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge